**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| HOLDEN CRAIG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:24-cv-00067-TWP-KMB |
| | ) | |
| GRETCHEN CRAIG, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY DISMISSING ACTION AND**
**DIRECTING ENTRY OF FINAL JUDGMENT**

On May 28, 2024, the Court denied *pro se* Plaintiff Holden Craig's ("Plaintiff") request to proceed *in forma pauperis* and gave Plaintiff through June 28, 2024, to pay the filing fee to the Clerk of the Court (Dkt. 5). The Court noted that "[f]ailure to do so may result in the dismissal of the action for failure to prosecute and failure to comply with Court orders." *Id.* at 1. The deadline to pay the filing fee has passed, and Plaintiff has failed to pay the filing fee. Therefore, this action is **dismissed**. Final judgment consistent with this Entry will be issued under separate order.

**SO ORDERED**.

Date: 7/22/2024

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

HOLDEN CRAIG
2450 Mallard Run
Jeffersonville, IN 47130